**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| IN RE: <br><br> WITHDRAWAL OF APPEARANCE BY CHRISTOPHER DENARDO, ESQUIRE IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF WILLIAM E. MILLER , ESQUIRE, IN VARIOUS OPEN CASES |

**PRAECIPE TO SUBSTITUTE APPEARANCE**

    Kindly withdraw the appearance of Christopher DeNardo, Esquire, and substitute the appearance of William E. Miller, Esquire, in the cases listed in Exhibit A hereto.

    Respectfully submitted,

/s/ William E. Miller
William E. Miller, 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com


  /s/Christopher DeNardo
Christopher DeNardo, 78447