**Fill in this information to identify the case:**

Debtor 1   **ELAINE HYACIATH JOHNSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **22-11437-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   JPMORGAN CHASE BANK

**Court claim no.**  (if known):
9

**Last 4 digits** of any number you use to identify the debtor's account:   3  2  8  5

**Property Address:**   6345 LAWNDALE AVENUE
Number        Street

Philadelphia                                    PA      19111
City                                            State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $        574.59 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        574.59 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        574.59 |

| Part 4: | Postpetition Payment |
|---------|----------------------|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|-------------------------------------------|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|---------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West _____      Date   05/17/2026 _____
   Signature

Trustee      Kenneth E. West _____
   First Name          Middle Name          Last Name

Address      190 N. Independence Mall West, Suite 701 _____
   Number          Street

   Philadelphia _____      PA      19106 _____
   City                     State      ZIP Code

Contact phone   (215) 627-1377 _____      Email  info@ph13trustee.com _____

| Debtor 1 | **ELAINE HYACIATH JOHNSON** | Case Number **22-11437-DJB** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | JPMORGAN CHASE BANK | Secured Arrears Mortgage | 02/11/2026 | 4023068 | Disbursement To Creditor/Principal | 32.11 |
| 9 | JPMORGAN CHASE BANK | Secured Arrears Mortgage | 03/18/2026 | 4023927 | Disbursement To Creditor/Principal | 248.83 |
| 9 | JPMORGAN CHASE BANK | Secured Arrears Mortgage | 04/15/2026 | 4024839 | Disbursement To Creditor/Principal | 248.82 |
| 9 | JPMORGAN CHASE BANK | Secured Arrears Mortgage | 05/13/2026 | 4025717 | Disbursement To Creditor/Principal | 44.83 |
| | | | | | Total for Claim Number 9: | 574.59 |

**Total for Part 3 - b (Prepetition Arrears):** **574.59**