United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11437-djb |
| Elaine Hyaciath Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2026 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine Hyaciath Johnson, 6345 Lawndale Avenue, Philadelphia, PA 19111-5706 |
| 14695820 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14701115 | + | JPMorgan Chase Bank, NA, c/o Lily C. Calkins, Esq, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14695828 | + | Jefferson Capital Systems LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14695830 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14695832 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2026 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14695817 | + | Email/Text: bankruptcy@acima.com | May 19 2026 01:58:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14695818 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 19 2026 01:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14714460 | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14695821 | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14695819 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2026 02:08:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14705547 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2026 02:08:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14695822 | + | Email/Text: bankruptcy@philapark.org | May 19 2026 01:59:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14695823 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2026 02:08:51 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14695824 | | Email/Text: bankruptcycourts@equifax.com | May 19 2026 01:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14695825 | ^ | MEBN | May 19 2026 01:56:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14695826 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 19 2026 02:08:51 | First Premier Bank, Attn: Bankruptcy, PO Box |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: May 18, 2026                       Form ID: 138OBJ                              Total Noticed: 29

|  |  |  |  |
|---|---|---|---|
|  |  |  | 5524, Sioux Falls, SD 57117-5524 |
| 14695827 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2026 01:58:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14699661 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2026 02:08:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14697938 | + Email/Text: bankruptcydpt@mcmcg.com | May 19 2026 01:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14695829 | + Email/Text: bankruptcydpt@mcmcg.com | May 19 2026 01:58:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14695831 | + Email/Text: bankruptcy@philapark.org | May 19 2026 01:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14701062 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2026 01:59:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14696108 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695833 | Email/Text: DASPUBREC@transunion.com | May 19 2026 01:58:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14695834 | Email/Text: bnc_4301@velocityrecoveries.com | May 19 2026 01:58:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719 |
| 14709017 | + Email/PDF: ebn_ais@aisinfo.com | May 19 2026 02:08:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**
14706990                        JPMorgan Chase Bank, National Association

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:

**Name**                          **Email Address**

KENNETH E. WEST

District/off: 0313-2                     User: admin                          Page 3 of 3
Date Rcvd: May 18, 2026                  Form ID: 138OBJ                       Total Noticed: 29

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Elaine Hyaciath Johnson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
on behalf of Creditor JPMorgan Chase Bank  National Association wmiller@logs.com, logsecf@logs.com


TOTAL: 5

*Form 138OBJ* (6/24)–doc 47 – 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           )
   Elaine Hyaciath Johnson                    )            Case No. 22–11437–djb
                                              )
                                              )
   Debtor(s).                                 )            Chapter: 13
                                              )
                                              )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 18, 2026                                      For The Court

                                                       Mohung Wong
                                                       Clerk of Court